

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2022

No. 04-22-00047-CR

Michael Alonzo **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 630792
Honorable Grace M. Uzomba, Judge Presiding

# O R D E R

Appellant's brief is currently due October 20, 2022. On October 11, 2022, appellant filed a motion requesting an extension of time to file the appellant's brief. The motion is GRANTED. The appellant's brief is due on or before **December 9, 2022**.

**Appellant is advised that counsel's heavy case load or demanding work schedule is not an extraordinary circumstance warranting further requests for an extension of time.**

It is so **ORDERED** on October 18, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT